1  JAMES B. CHANIN (SBN# 76043)
   JULIE M. HOUK (SBN 114968)
2  Law Offices of James B. Chanin
   3050 Shattuck Avenue
3  Berkeley, California 94705
   (510) 848-4752; FAX: (510) 848-5819
4  Email: jbcofc@aol.com

5  Attorney for Plaintiffs

6

                UNITED STATES DISTRICT COURT
7
                NORTHERN DISTRICT OF CALIFORNIA
8

9  SHARIFULLAH MAWLAVIZADA,           )   CASE NO: C10-03253 MEJ
                                      )
10         Plaintiff,                 )   **STIPULATION AND [PROPOSED]**
                                      )   **ORDER FOR VOLUNTARY DISMISSAL**
11 vs.                                )   **WITH PREJUDICE**
                                      )
12                                    )
                                      )
13 CITY OF HAYWARD, a municipal       )
   corporation; DOES 1-100,           )
14                                    )
           Defendants.                )
15                                    )
                                      )
16 _____

17

18

19

20

21

22

23

24 Mawlavizada v. City of Hayward, Case No. C10-03253 MEJ
   Stip. And Proposed Order for Dismissal with Prejudice          1

1  THE PARTIES, BY AND THROUGH THEIR COUNSEL OF RECORD, DO HEREBY

2  STIPULATE AND AGREE THAT pursuant to the terms of the settlement of the entire action

3  reached between the parties, this action shall be dismissed with prejudice, each party to bear their

4  own attorneys' fees and costs.

5  IT IS SO STIPULATED:

6

7  Dated: 5/19, 2011

   _____
   Rafael E. Alvarado, Jr.
8  Attorney for Defendant City of Hayward

9  Dated: 4/28, 2011

   _____
10 James B. Chanin
   Attorney for Plaintiff

11

12 PURSUANT TO STIPULATION, IT IS SO ORDERED:

13 Dated: May 17, 2011

   _____
   Maria-Elena James
14 Magistrate Judge

24 Mawlavizada v. City of Hayward, Case No. C10-03253 MEJ
   Stip. And Proposed Order for Dismissal with Prejudice        2